UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  22-10032 |
| Justin Randolph and Stephanie Sylverne, | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER ON OBJECTION TO CLAIM OF EXEMPTIONS

THIS MATTER coming to be heard on the Creditor Pravati SPV II, LLC's Omnibus Motion for Order Authorizing Examination of: (1) Randolph & Holloway LLC; (2) Philip Holloway; (3) Justin Randolph and Law Office of Justin G. Randolph; (4) Stephanie Sylverne; and (5) Law Office of Justin G. Randolph, Inc. and Document Production Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Motion"), with due notice having been given to all parties in interest, and the Court having been duly advised,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Motion is Granted; and

2. Creditor Pravati SPV II, LLC is authorized to conduct examinations of the following persons and entities pursuant to Fed. R. Bankr. P. 2004, including but not limited issuing subpoenas, requesting the production of documents, and taking oral examinations of (1) Randolph & Holloway LLC, (2) Philip Holloway, (3) Justin Randolph and Law Office of Justin G. Randolph, (4) Stephanie Sylverne, and (5) Law Office of Justin G. Randolph, Inc.

Enter: *[signature: Deborah L. Thorne]*

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: February 15, 2023

**Prepared by:**

Aram Ordubegian (pro hac vice admitted)
Annie Y. Stoops (pro hac vice admitted)
ArentFox Schiff LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013
Telephone: (213) 629-7400
Facsimile: (213) 629-7401
Email: aram.ordubegian@afslaw.com
annie.stoops@afslaw.com

J. Mark Fisher (ARDC No. 3121711)
ArentFox Schiff LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606 USA