# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | ) Case No. 22-10032 |
| | ) |
| JUSTIN RANDOLPH and STEPHANIE SYLVERNE, | ) Chapter 13 |
| | ) |
| Debtor. | ) |
| | ) |
| PRAVATI SPV II, LLC, | ) Adv. Case No. 22-00190 |
| | ) |
| Plaintiff. | ) |
| | ) |
| v. | ) |
| | ) |
| JUSTIN RANDOLPH d/b/a Law Office of Justin G. Randolph, | ) Honorable Judge Deborah L. Thorne |
| | ) |
| Defendant. | ) |

**STIPULATED NONDISCHARGEABLE JUDGMENT PURSUANT TO 11 U.S.C. § 523 AGAINST DEBTOR JUSTIN RANDOLPH**

1. In connection with that certain *Settlement Agreement* (the "Settlement Agreement") executed concurrently herewith by plaintiff Pravati SPV II, LLC ("Pravati"), on the one hand, and debtor and defendant Justin G. Randolph ("Debtor"),[1] on the other hand, Pravati and Debtor hereby stipulate to a nondischargeable judgment being entered against Debtor and in favor of Pravati as set forth herein.[2]

2. **NOW, THEREFORE**, based upon the foregoing and the recitals specifically set

---

[1] Pravati and Debtor are collectively referred to hereinafter as the "Parties."
[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Settlement Agreement.

forth in the Settlement Agreement, the sufficiency of which are specifically acknowledged by the Parties, and the Parties hereto intending to be legally bound hereby, the undersigned Parties hereby agree and stipulate to a **NONDISCHARGEABLE JUDGMENT** as follows:

3. A nondischargeable judgment in the above-captioned Adversary Proceeding (the "Nondischargeable Judgment") in the amount of Four Hundred Fifty Thousand Dollars ($450,000.00) is hereby entered in favor of Pravati and against Debtor; provided, however, in the event of a Default under the Settlement Agreement (as defined herein), the Nondischargeable Judgment will be enforceable in the amount of Four Hundred Ninety-Three Thousand Four Hundred Ninety-Three Dollars ($493,493.00) (as applicable, either amount will constitute the "Nondischargeable Judgment Total").

4. A default under the Settlement Agreement ("Default") shall include: (a) a default in the performance of any term of the Settlement Agreement, including, but not limited to, a failure by Debtor to make any payment to Pravati as required in the Amended Plan; (b) dismissal of Debtor's bankruptcy case; (c) conversion of Debtor's bankruptcy case to one under chapter 7; or (d) the Plan Completion does not occur. In the event of a Default, notwithstanding Debtor's subsequent Plan Completion, the following shall occur: (i) the remaining unpaid balance of the Nondischargeable Judgment Total shall become due and owing immediately, (ii) interest shall begin to accrue immediately on the Nondischargeable Judgment Total at the rate of 9% per annum, and (iii) Pravati shall immediately commence enforcing the Nondischargeable Judgment against Debtor.

///

///

///

5. The Court retains jurisdiction to hear and determine all matters related to or arising out of this Nondischargeable Judgment and the Settlement Agreement.

**IT IS SO STIPULATED AND AGREED**

Dated: October ___, 2023

**PRAVATI SPV II, LLC**

By:_____
    Alexander Chucri, CEO

Dated: October ___, 2023

**JUSTIN G. RANDOLPH**

By:_____
    Justin G. Randolph

**IT IS SO ORDERED.**